ACCEPTED
14-15-00758-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 3:39:42 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00758-CV

## Fourteenth Court of Appeals

**Theodore Everett Ladd-Keller, Appellant**

v.

**Crystal, Jeter, Appellee**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 3:39:42 PM
CHRISTOPHER A. PRINE
Clerk

On Appeal from the 247th District Court
Harris County, Texas.
Trial Court Cause No. 1998-20041

### Report of the Mediator

On December 4, 2015, both parties and their attorneys appeared.

An impasse was declared.

Mediation fees were paid as follows – each party paid their $300 own fee.

Thank you for the opportunity to be of service.

Respectfully submitted,

*/s/ Fran Brochstein*

Fran Brochstein
Mediator
State Bar No. 03039900
8978 Kirby Drive
Houston, TX 77054
713-847-6000 Phone
713-805-9591 Cell
832-415-0139 Fax

fran@familylaw4u.com